# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 7/28/2009 |
| **CASE TITLE** | John J. Thompson vs. Scott M. Crawford, et al | | |

**DOCKET ENTRY TEXT**

MOTION by Defendants Eric Schmidt, Paul Grace, Douglas R. Larsson, Village of Round Lake Beach, Mario Sankis for leave to file Answer, Affirmative Defenses & Jury Demand instanter [28] is granted. MOTION by Plaintiff John J Thompson to Voluntarily Dismiss Defendants Donald F. Johnson, in his official capacity as Chief of the Round Lake Heights Poolice Department, and Douglass R. Larsson, in his official capacity as Chief of the Round Lake Beach Police Department, without prejudice, is Granted. Notice of Motion date of 8/4/09 is stricken and no appearances are necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|