IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN J. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT M. CRAWFORD, DONALD F. JOHNSON, in his official capacity as Chief of the ROUND LAKE HEIGHTS POLICE DEPARTMENT, VILLAGE OF ROUND LAKE HEIGHTS, MARIO SANKIS, ERIC SCHMIDT, PAUL GRACE, DOUGLAS R. LARSSON, in his official capacity as Chief of the ROUND LAKE BEACH POLICE DEPARTMENT, and VILLAGE OF ROUND LAKE BEACH, | ) ) ) ) ) ) ) ) ) ) | No.   09 CV 1485<br><br>Judge Robert Dow<br><br>Magistrate Judge Jeffery Cole |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CUTOFF**

NOW COMES the Plaintiff, JOHN J. THOMPSON, by and through his attorneys, Law Offices of Todd A. Heller & Associates, Paul J. Oleksak, and Bruce A. Slivnick, pursuant to Rule 26 of the Federal Rules of Civil Procedure and moves this Honorable Court to enter an order extending the discovery cutoff date and in support thereof states:

1. The discovery cutoff date is presently set for December 31, 2009.

2. The Plaintiff is claiming nerve injuries to his wrists as a result of either being tasered or due to excessively tight handcuffs being placed on him by one or more the Defendant police officers. The Plaintiff is claiming that these injuries may be permanent and as a result of the Defendants' actions. Since the date that the discovery schedule was set, the Plaintiff has been receiving significant treatment from a new medical provider relative to those injuries. This treatment has been ongoing and subject to the Plaintiff's work schedule.

     3. The records from this ongoing treatment are needed in order to properly proceed with the depositions in this matter.

     4. Since the setting of the discovery schedule, the Plaintiff has started doing work as an over the road truck driver which causes him to be absent from the area for weeks at a time. As a result, it has been difficult to work out deposition dates to accommodate the schedules of all individuals.

     5. It is expected that the parties will be able to complete fact discovery within a reasonable extended time as allowed by the court.

     6. The attorneys for the Plaintiff have discussed the need for the extending of the discovery deadline with the parties for the Defendant and both sides are in agreement as to the need for an extension.

     WHEREFORE, the Plaintiff, JOHN J. THOMPSON, respectfully requests that this Honorable Court enter an order extending the fact discovery cutoff date from December 31, 2009 until a date mutually agreeable to all parties and this Honorable Court.

                                                     Respectfully submitted,
                                                     JOHN J. THOMPSON

                                                 By: /s/ Bruce A. Slivnick
                                                       One of Plaintiff's Attorneys

Todd A. Heller
Andrea J. Beer
Bruce A. Slivnick, Of Counsel
Law Offices of Todd A. Heller & Assoc.
707 Lake Cook Road, Suite 316
Deerfield, Illinois  60015
(874) 714-0300
Fax No. (847) 714-0310