IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN J. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT M. CRAWFORD, DONALD F. JOHNSON, in his official capacity as Chief of the ROUND LAKE HEIGHTS POLICE DEPARTMENT, VILLAGE OF ROUND LAKE HEIGHTS, MARIO SANKIS, ERIC SCHMIDT, PAUL GRACE, DOUGLAS R. LARSSON, in his official capacity as Chief of the ROUND LAKE BEACH POLICE DEPARTMENT, and VILLAGE OF ROUND LAKE BEACH, | ) ) ) ) ) ) ) ) ) ) ) | No.  09 CV 1485<br><br>Judge Robert Dow<br><br>Magistrate Judge Jeffery Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** Patrick Everett Burgess, Esq.        William W. Kurnik
Michael J. Meyer, Esq.              Krista E. Oswald
William B. Oberts, Esq.             Knight, Hoppe, Kurnik & Knight, Ltd.
Tribler Orpett & Meyer, P.C.        5600 N. River Rd., Suite 600
225 West Washington Street, Suite 1300   Rosemont, Illinois  60018
Chicago, Illinois 60606

On December 9, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert Dow, Jr., or any Judge sitting in his stead in Courtroom 1919 usually occupied by him at the United States District for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Plaintiff's Motion to Extend Discovery Cutoff, copies of which is hereby served upon you.

By: /s/ Bruce A. Slivnick
   One of Plaintiff's Attorneys

Todd A. Heller
Andrea J. Beer
Bruce A. Slivnick, Of Counsel
Law Offices of Todd A. Heller & Assoc.
707 Lake Cook Road, Suite 316
Deerfield, Illinois  60015
(874) 714-0300
Fax No. (847) 714-0310

## Certificate of Service

      The undersigned, being first duly sworn on oath, deposes and states that a copy of the foregoing Notice and above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on November 30, 2009.

                                          /s/ Bruce A. Slivnick
As provided by law pursuant to Rule 5(b)(2)(B) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein as true and correct.