**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

John J Thompson
                        Plaintiff,

v.                                              Case No.: 1:09–cv–01485
                                            Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 9, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 12/9/2009. MOTION by Plaintiff John J Thompson for extension of time [36] to complete discovery is granted. Written discovery and party depositions to be completed by 4/30/2010. Status hearing set for 4/20/09 at 9:00a.m. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.