91/09-5983.DV:tmm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT M. CRAWFORD; DONALD F. )<br>JOHNSON, in His Official Capacity as Chief of )<br>the Round Lake Heights Police Department; )<br>VILLAGE OF ROUND LAKE HEIGHTS; )<br>MARIO SANKIS; ERIC SCHMIDT; PAUL )<br>GRACE; DOUGLAS R. LARSSON, in His )<br>Official Capacity as Chief of the Round Lake )<br>Beach Police Department; and VILLAGE OF )<br>ROUND LAKE BEACH, )<br>)<br>Defendants. ) | No.: 09 CV 1485<br><br>Judge Robert M. Dow, Jr. |

**NOTICE OF MOTION**

TO:     **ALL COUNSEL OF RECORD**

   **PLEASE TAKE NOTICE** that on Wednesday, January 20, 2010, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead in courtroom 1919 usually occupied by him at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached: **JOINT MOTION TO AMEND CAPTION**

A copy of such pleading is attached hereto and herewith served upon you.

                              s/ Krista E. Oswald
                              KRISTA E. OSWALD, Attorney Bar #6287032
                              One of the Attorneys for Defendants, MARIO SANKIS, ERIC SCHMIDT, PAUL GRACE, DOUGLAS R. LARSSON, in his official capacity as Chief of the Round Lake Beach Police Department, and VILLAGE OF ROUND LAKE BEACH

                              KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
                              5600 North River Road – Suite 600
                              Rosemont, Illinois 60018-5114
                              (847) 261-0700; (847) 261-0714 FAX
                              E-mail:      KOswald@khkklaw.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that the foregoing was electronically filed with the Clerk of the U.S. District Court on January 15, 2010, using the CM/ECF System which will send notification of such filing to the following:

- **Andrea J. Beer**
  andrea@thellerlaw.com

- **Patrick Everett Burgess**
  peburgess@tribler.com,evelazquez@tribler.com

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **Michael Joseph Meyer**
  mjmeyer@tribler.com,amills@tribler.com

- **William B. Oberts**
  wboberts@tribler.com,DCiancanelli@tribler.com

- **Krista Eleanore Oswald**
  Koswald@khkklaw.com,tmulligan@khkklaw.com

- **Bruce A Slivnick**
  bruce@thellerlaw.com

**Manual Notice List**

Todd A Heller
Law Offices of Todd A. Heller & Associates
707 Lake Cook Road, #316
Deerfield, IL   60015

Paul Joseph Oleksak
Attorney at Law
100 N. Atkinson Road, Suite 110F
Grayslake, IL 60030

            s/ Krista E. Oswald
            KRISTA E. OSWALD, Attorney Bar #6287032

5983 NOM 10-01-15