# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 1/15/2010 |
| **CASE TITLE** | John J. Thompson vs. Scott M. Crawford, et al | | |

**DOCKET ENTRY TEXT**

Joint Motion to Amend Caption [39] is granted as follows:  the caption of this matter to exclude the two dismissed Parties, Donald F. Johnson and Douglas R. Larsson, and read as follows: John J  Thompson, Plaintiff, v. Scott M. Crawford, Village of Round Lake Heights, Mario Sankis, Eric Schmidt, Paul Grace, and the Village of Round Lake Beach, Defendants.  Notice of Motion date of 1/20/2010 is stricken and no appearances are necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|