# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 2/17/2010 |
| **CASE TITLE** | Thompson vs. Crawford, et al. | | |

**DOCKET ENTRY TEXT**

The Defendant municipalities in this case have filed a motion to bifurcate Plaintiff's *Monell* claims and to stay discovery relating to those claims [24]. Each municipality has filed a stipulation agreeing to entry of judgment in the event that the individual officer Defendants are determined to have violated Plaintiff's constitutional rights. In his response [32] to Defendants' motion, Plaintiff indicated that he had reached agreement with counsel for the Defendant municipalities concerning discovery of the municipalities' policies on the use of force and tasers in so far as they may relate to the claims against the individual officer Defendants. Plaintiff further indicated that, in light of that understanding and agreement, he had no further objection to the granting of the motion to bifurcate. Consistent with that understanding and agreement, the Court grants the Defendant municipalities' motion to bifurcate Plaintiff's *Monell* claims and to stay discovery relating to those claims [32].

Docketing to mail notices.