IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. THOMPSON ) | |
| ) | |
| Plaintiff, ) | Case No.: 09 CV 1485 |
| ) | |
| vs. ) | Judge: Robert M. Dow, Jr. |
| ) | |
| VILLAGE OF ROUND LAKE HEIGHTS MARIO ) | |
| SANKIS, ERIC SCHMIDY, PAUL GRACE, and ) | |
| VILLAGE OF ROUND LAKE BEACH ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned upon oath states that a true and complete copy of the foregoing documents were made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed this 3rd day of March, 2010.

- Scott Crawford's Answers to Plaintiff's First Set of Interrogatories; and

- Scott Crawford's Response to Plaintiff's First Request to Produce.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By: _Lynnette Crafton_
Lynnette Crafton, *a non attorney*

TRIBLER ORPETT & MEYER, P.C.
225 West Washington St., Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

00075