**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN J. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 09 CV 1485 |
| | ) | |
| vs. | ) | Judge: Robert M. Dow, Jr. |
| | ) | |
| VILLAGE OF ROUND LAKE HEIGHTS MARIO SANKIS, ERIC SCHMIDY, PAUL GRACE, and VILLAGE OF ROUND LAKE BEACH | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned upon oath states that a true and complete copy of the foregoing document was made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed this 4th day of March, 2010.

- Scott Crawford and Village of Round Lake Heights First Supplemental Rule 26(a) Disclosure to Plaintiff

        Respectfully submitted,

        TRIBLER ORPETT & MEYER, P.C.

        By:   s/ *Patrick E. Burgess*
               an attorney

TRIBLER ORPETT & MEYER, P.C.
225 West Washington St., Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)