**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

John J Thompson
                    Plaintiff,

v.                                        Case No.: 1:09–cv–01485
                                                     Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 20, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 4/20/2010. All further discovery stayed pending settlement discussions. Case being referred to Magistrate Judge Cole for settlement conference. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.