**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

John J Thompson
                            Plaintiff,

v.                                                       Case No.: 1:09–cv–01485
                                                      Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                            Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: Settlement Conference.(tbk, ) Mailed notice.

Dated: April 20, 2010

                                                                                      /s/ Robert M. Dow Jr.
                                                                                      United States District Judge