UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

John J Thompson
         Plaintiff,

v.               Case No.: 1:09–cv–01485
              Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 21, 2010:

  MINUTE entry before Honorable Jeffrey Cole:Status hearing set for 4/27/2010 at 8:30 a.m. to discuss a date for settlement conference. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.