# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 4/27/2010 |
| **CASE TITLE** | Thompson vs. Crawford, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference is set for June 11, 2010 at 2:30 p.m. All parties are directed to refer to my "Instructions and Procedures for Settlement Conferences," available at "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with full authority to settle must be personally present at the conference. Participation by telephone will not be permitted as explained in my Instructions and Procedures for Settlement Conferences. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers from both plaintiff and defendant by no later than (4) calendar days before the conference. All settlement documents must have protruding tabs separating exhibits or attachments, pursuant to Local Rule 5.2(e). Non-compliance with the 4-day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4-day Rule may necessitate cancellation of the conference. Parties cannot unilaterally agree to cancel a scheduled settlement conference. Permission not to proceed must be obtained from the court pursuant to written motion, and any party wishing to vary any of the procedures set forth in the standing order must make an appropriate request by written motion prior to the exchange of settlement letters described above. Parties are instructed to have a face-to-face settlement conference prior to the submission of the position papers that are called for by the above order. Plaintiff is to make a settlement demand in writing to the defendant. Defendant shall respond promptly in writing to the plaintiff. If the demand is not acceptable, the defendant must make a good faith counter offer.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|