**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN J. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 09 CV 1485 |
| | ) | |
| vs. | ) | Judge:  Robert M. Dow, Jr. |
| | ) | |
| SCOTT M. CRAWFORD the VILLAGE OF | ) | Magistrate Judge Jeffrey Cole |
| ROUND LAKE HEIGHTS, MARIO SANKIS, ERIC | ) | |
| SCHMIDT, PAUL GRACE, and the VILLAGE OF | ) | |
| ROUND LAKE BEACH, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO CONTINUE THE
JUNE 11, 2010 SETTLEMENT CONFERENCE**

NOW COME, defendants, Scott M. Crawford and the Village of Round Lake Heights, by and through their attorneys, Tribler Orpett & Meyer, P.C., and in support of the parties agreed motion to continue the June 11, 2010 settlement conference state as follows:

1.　On April 27, 2010 all parties appeared before the court to set a settlement conference for this matter.

2.　Prior to April 27, 2010, all parties had contacted each other to determine the best available date and to coordinate a settlement conference.  The parties had also contacted the court to obtain available dates for a settlement conference.

3.　When the parties appeared before the court on April 27, 2010, they informed the court that they were all available for a settlement conference and suggested June 23, 2010 as the date of the settlement conference.

4.　The court set this matter for settlement conference on June 11, 2010 at 2:30 p.m. (See the April 27, 2010 Order attached here to as Exhibit "A").

5.      The attorney for defendants, Scott M. Crawford and the Village of Round Lake Heights already had a matter set to proceed on June 11, 2010.

6.      After learning of the June 11, 2010 settlement conference in this matter, counsel attempted to reschedule the matter that was previously set to proceed on June 11, 2010 but was unsuccessful.

7.      Defendants, Scott M. Crawford and the Village of Round Lake Heights asks this court to continue the June 11, 2010 settlement conference due to the previously existing conflict that their counsel had set prior to the April 27, 2010 court appearance.

8.      All parties have agreed to a continuance of the settlement conference on June 11, 2010 to accommodate the defendants, Scott M. Crawford and the Village of Round Lake Heights' attorneys scheduling conflict.

WHEREFORE, defendants, Scott M. Crawford and the Village of Round Lake Heights with the agreement of all parties, request this honorable court to reschedule the June 11, 2010, 2:30 p.m. settlement conference.

                Respectfully submitted,

                TRIBLER ORPETT & MEYER, P.C.


                By:  *s/ Patrick E. Burgess*
                    One of the attorneys for the Scott Crawford
                    and the Village of Round Lake Heights

Michael J. Meyer – ARDC 6193712
William B. Oberts – ARDC 6244723
Patrick E. Burgess – ARDC 6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington St., Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the Agreed Motion to Continue the June 11, 2010, Settlement Conference was served upon:

> Paul Joseph Oleksak
> Attorney at Law
> 100 N. Atkinson Road, Suite 110F
> Grayslake, IL 60030
> *VIA First Class Mail*
>
> Todd A. Heller
> todd@thellerlaw.com
> Andrea J. Beer
> andrea@thellerlaw.com
> Bruce A. Slivnick
> bruce@thellerlaw.com
> *of*
> Law Office of Todd A. Heller & Associates
> 707 Lake Cook Road, Suite 316
> Deerfield, IL 60015
>
> William W. Kurnick
> bkurnik@khkklaw.com
> Krista E. Oswald
> koswald@khkklaw.com
> Michael J. Atkus
> matkus@khkklaw.com
>
> *of*
> Knight, Hoppe, Kurnik & Knight LLC
> 5600 North River Road, Suite 600
> Rosemont, IL 60018

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 10th day of May, 2010, with proper postage prepaid.

               *s/ Patrick E. Burgess*
                an Attorney

# EXHIBIT A

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 4/27/2010 |
| **CASE TITLE** | Thompson vs. Crawford, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference is set for June 11, 2010 at 2:30 p.m. All parties are directed to refer to my "Instructions and Procedures for Settlement Conferences," available at "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with full authority to settle must be personally present at the conference. Participation by telephone will not be permitted as explained in my Instructions and Procedures for Settlement Conferences. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers from both plaintiff and defendant by no later than (4) calendar days before the conference. All settlement documents must have protruding tabs separating exhibits or attachments, pursuant to Local Rule 5.2(e). Non-compliance with the 4-day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4-day Rule may necessitate cancellation of the conference. Parties cannot unilaterally agree to cancel a scheduled settlement conference. Permission not to proceed must be obtained from the court pursuant to written motion, and any party wishing to vary any of the procedures set forth in the standing order must make an appropriate request by written motion prior to the exchange of settlement letters described above. Parties are instructed to have a face-to-face settlement conference prior to the submission of the position papers that are called for by the above order. Plaintiff is to make a settlement demand in writing to the defendant. Defendant shall respond promptly in writing to the plaintiff. If the demand is not acceptable, the defendant must make a good faith counter offer.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|