**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN J. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 09 CV 1485 |
| | ) | |
| vs. | ) | Judge:  Robert M. Dow, Jr. |
| | ) | |
| SCOTT M. CRAWFORD the VILLAGE OF | ) | Magistrate Judge Jeffrey Cole |
| ROUND LAKE HEIGHTS, MARIO SANKIS, ERIC | ) | |
| SCHMIDT, PAUL GRACE, and the VILLAGE OF | ) | |
| ROUND LAKE BEACH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

On the 28th  day of May, 2010 at 9:15 a.m., or as soon thereafter as counsel may be

heard, I shall appear before the Honorable Magistrate Jeffrey Cole or any judge presiding in

courtroom 1838 of the United States District Court, Northern District, Eastern Division, Chicago,

Illinois, and shall present the attached motion.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By:  _s/ Patrick E. Burgess_
One of the attorneys for the Scott Crawford
and the Village of Round Lake Heights

Michael J. Meyer – ARDC 6193712
William B. Oberts – ARDC 6244723
Patrick E. Burgess – ARDC 6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington St., Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Motion was served upon:

Paul Joseph Oleksak
Attorney at Law
100 N. Atkinson Road, Suite 110F
Grayslake, IL 60030
***VIA First Class Mail***

Todd A. Heller
todd@thellerlaw.com
Andrea J. Beer
andrea@thellerlaw.com
Bruce A. Slivnick
bruce@thellerlaw.com
*of*
Law Office of Todd A. Heller & Associates
707 Lake Cook Road, Suite 316
Deerfield, IL 60015

William W. Kurnick
bkurnik@khkklaw.com
Krista E. Oswald
koswald@khkklaw.com
Michael J. Atkus
matkus@khkklaw.com

*of*
Knight, Hoppe, Kurnik & Knight LLC
5600 North River Road, Suite 600
Rosemont, IL 60018

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 11th day of May, 2010, with proper postage prepaid.

s/ Patrick E. Burgess
an Attorney

2