UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

John J Thompson
                              Plaintiff,

v.                                                  Case No.: 1:09–cv–01485
                                                      Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, June 21, 2010:

     MINUTE entry before Honorable Jeffrey Cole: Minute order of 6/21/2010 [54] was entered in error. Status hearing set for June 23, 2010 is stricken. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.