**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

John J Thompson
                                   Plaintiff,

v.                                                                Case No.: 1:09–cv–01485
                                                               Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 15, 2010:

      MINUTE entry before Honorable Jeffrey Cole:Settlement conference held. The parties report that the case cannot be settled. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.