# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN J. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 09 CV 1485 |
| | ) | |
| vs. | ) | Judge: Robert M. Dow, Jr. |
| | ) | |
| SCOTT M. CRAWFORD the VILLAGE OF | ) | Magistrate Judge Jeffrey Cole |
| ROUND LAKE HEIGHTS, MARIO SANKIS, ERIC | ) | |
| SCHMIDT, PAUL GRACE, and the VILLAGE OF | ) | |
| ROUND LAKE BEACH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On the 28th day of September, 2010 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge presiding in courtroom 1919 of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, and shall present the attached motion.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By: *s/ Patrick E. Burgess*
One of the attorneys for the Scott Crawford and the Village of Round Lake Heights

Michael J. Meyer – ARDC 6193712
William B. Oberts – ARDC 6244723
Patrick E. Burgess – ARDC 6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington St., Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Motion to Compel was served upon:

>Paul Joseph Oleksak
>Attorney at Law
>100 N. Atkinson Road, Suite 110F
>Grayslake, IL 60030
>***VIA First Class Mail***
>
>Todd A. Heller
>todd@thellerlaw.com
>Andrea J. Beer
>andrea@thellerlaw.com
>Bruce A. Slivnick
>bruce@thellerlaw.com
>*of*
>Law Office of Todd A. Heller & Associates
>707 Lake Cook Road, Suite 316
>Deerfield, IL 60015
>
>William W. Kurnick
>bkurnik@khkklaw.com
>Krista E. Oswald
>koswald@khkklaw.com
>Michael J. Atkus
>matkus@khkklaw.com
>
>*of*
>Knight, Hoppe, Kurnik & Knight LLC
>5600 North River Road, Suite 600
>Rosemont, IL 60018

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 21st day of September, 2010, with proper postage prepaid.

>/s/ *Patrick E. Burgess*
>  an Attorney