**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division**

John J Thompson
                              Plaintiff,

v.                                           Case No.: 1:09–cv–01485
                                                   Honorable Robert M. Dow Jr.

Scott M. Crawford, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 28, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 9/28/2010. MOTION by Defendants Scott M. Crawford, Village of Round Lake Heights, Illinois to compel [59] Plaintiff to produce his tax returns for the years 2007, 2008 and 2009 is granted. Plaintiff to produce said tax returns by 11/12/2010. As discussed on the record in open court, a joint status report to be filed by 10/15/2010. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.