IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. THOMPSON,          )<br>                            )<br>     Plaintiff,            )<br>                            )<br> v.                         )<br>                            )<br> SCOTT M. CRAWFORD,         )<br> VILLAGE OF ROUND LAKE HEIGHTS )<br> MARIO SANKIS, ERIC SCHMIDT, PAUL )<br> GRACE, and VILLAGE OF ROUND LAKE )<br> BEACH,                     )<br>                            )<br>     Defendants.           ) | No.   09 CV 1485<br>Judge Robert Dow<br>Magistrate Judge Jeffery Cole |

## JOINT STATUS REPORT ON SETTLEMENT

1. The parties conducted two separate settlement conferences with the Honorable Magistrate Judge Jeffrey Cole on September 8, 2010 and September 15, 2010. At the conclusion of the settlement conference, along with their offer the Defendants made an Offer of Judgment based upon that offer. Those settlement conferences significantly narrowed the gap between the parties in terms of settlement.

2. On September 28, 2010, the Plaintiff orally responded to the offer of judgment by somewhat reducing his demand and suggested that the parties proceed with a binding arbitration with a high/low provision using the parties' last position as creating their respective highs and lows. The plaintiff's costs and attorney's fees included within these highs and lows so that there is no need for a separate petition to be brought before this Honorable Court.

3. The Plaintiff has confirmed this position in writing to the Defendants and there has been some discussion between the parties about this option. The Defendants have rejected the idea of arbitration with the high/low provisions sought by the Plaintiff.

4. The parties would like an additional two weeks to explore further settlement negotiations without the intervention of the court or arbitration. At the end of that two week period they would like to have the Court set a status date with the Honorable Judge Robert M. Dow, Jr. If the parties are unable to negotiate settlement by that time, all parties would be amenable to the possibility of another settlement conference with Magistrate Judge Cole or re-exploring the possibility of arbitration based upon figures mutually agreeable to all parties.

5. While this document is being filed by counsel for the Plaintiff, each of the Defendants' attorneys have been consulted and contributed to the preparation of this report. This report is acceptable to all parties.

                                        Repectfully submitted,
                                        JOHN J. THOMPSON

                          By:   /s/ Bruce A. Slivnick
                                        One of Plaintiff's Attorneys

Bruce A. Slivnick
Law Offices of Todd A. Heller & Associates
707 Lake Cook Rd., Suite 316
Deerfield, Illinois 60015
(847) 714-0300