Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1485 | **DATE** | 12/2/2010 |
| **CASE TITLE** | John J. Thompson vs. Scott M. Crawford, et al | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is Hereby Ordered that this matter is hereby dismissed with prejudice as to Defendants, Scott M. Crawford, Mario Sankis, Eric Schmidt and Paul Grace.
ENTER ORDER: It is Hereby Ordered that this matter having been settled by the parties, this matter is hereby dismissed without prejudice as to Defendants, Village of Round Lake Beach and Village of Round Lake Heights with leave to reinstate the matter on or before January 31, 2011 after which time the dismissal will be with prejudice if no Motion to reinstate has been filed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials. | TBK |
|---|---|---|