

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOHN J. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SCOTT M. CRAWFORD, ) | No.   09 CV 1485 |
| VILLAGE OF ROUND LAKE HEIGHTS ) | Judge Robert Dow |
| MARIO SANKIS, ERIC SCHMIDT, PAUL ) | Magistrate Judge Jeffery Cole |
| GRACE, and VILLAGE OF ROUND LAKE ) | |
| BEACH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court pursuant to Plaintiff's request to Voluntarily Dismiss this action against Scott M. Crawford, Mario Sankis, Eric Schmidt and Paul Grace pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. This matter is hereby dismissed with prejudice as to Defendants, Scott M. Crawford, Mario Sankis, Eric Schmidt and Paul Grace.

ENTER:

_____
JUDGE

Dated: December 2, 2010

Prepared by:
Bruce A. Slivnick
Law Offices of Todd A. Heller & Assoc.
707 Lake Cook Road, Suite 316
Deerfield, Illinois 60015
(847) 714-0300