

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN J. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT M. CRAWFORD, )<br>VILLAGE OF ROUND LAKE HEIGHTS )<br>MARIO SANKIS, ERIC SCHMIDT, PAUL )<br>GRACE, and VILLAGE OF ROUND LAKE )<br>BEACH, )<br>)<br>Defendants. ) | No. 09 CV 1485<br>Judge Robert Dow<br>Magistrate Judge Jeffery Cole |

### ORDER

This matter comes before the Court pursuant to Plaintiff's request to Voluntarily Dismiss this action against the Village of Round Lake Beach and the Village of Round Lake Heights pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), the parties' having settled the matter, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. This matter having been settled by the parties, this matter is hereby dismissed without prejudice as to Defendants, Village of Round Lake Beach and Village of Round Lake Heights with leave to reinstate the matter on or before January 31, 2011 after which time the dismissal will be with prejudice if no Motion to reinstate has been filed.

ENTER:

_____
JUDGE

Prepared by:
Bruce A. Slivnick
Law Offices of Todd A. Heller & Assoc.
707 Lake Cook Road, Suite 316
Deerfield, Illinois 60015

Dated: December 2, 2010